UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

TAMMY LYNETTE NADEAU
FKA TAMMY CHAMBERLAIN              HONORABLE JAMES W. BOYD
                                   CASE NO. 19-00584-JWB
                                   CHAPTER 13

          DEBTOR.
_____/
PAUL I. BARE (P26843)
Attorney for Debtor
3281 Racquet Club Dr., Suite C
Traverse City, MI 49684
(231) 946-4901
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**BRIEF IN SUPPORT OF MOTION OF HYUNDAI LEASE TITLING
TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND FOR
WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

The Creditor, in support of its Motion for Relief from the Automatic Stay, relies on 11

U.S.C. §§ 361-363 and LBR 9013 and 4001-1 (W.D.M.).

                              O'REILLY RANCILIO P.C.

                              */s/ Craig S. Schoenherr, Sr.*

                              _____
                              CRAIG S. SCHOENHERR, SR. (P32245)
                              Attorney for Creditor
                              12900 Hall Road, Suite 350
                              Sterling Heights, MI  48313-1151
                              (586) 726-1000
                              ecf@orlaw.com

DATED:  September 9, 2020