UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

TAMMY LYNETTE NADEAU
FKA TAMMY CHAMBERLAIN   HONORABLE JAMES W. BOYD
　　　　　　　　　　　　　　　　　　　CASE NO. 19-00584-JWB
　　　　　　　　　　　　　　　　　　　CHAPTER 13

　　　　DEBTOR.
_____/

**NOTICE OF MOTION OF HYUNDAI LEASE TITLING TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

Hyundai Lease Titling Trust has filed papers with the court for relief from the automatic stay.

**<u>Your rights may be affected</u>**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to terminate the automatic stay, or if you want the court to consider your views on the motion for relief from the automatic stay, within 14 days, you or your attorney must:

1.　　File with the court a written response or an answer, explaining your position, at[1]:

Clerk of the Court
United States Bankruptcy Court
1 Division Ave N, Room 200
Grand Rapids, MI  49503

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Craig S. Schoenherr, Sr. (P32245) | Brett N. Rodgers |
| Attorney for Creditor | Chapter 13 Trustee |
| O'Reilly Rancilio P.C. | 99 Monroe Ave NW, Suite 601 |
| 12900 Hall Road, Suite 350 | Grand Rapids, MI 49503 |
| Sterling Heights, MI  48313-1151 | |

2.　　If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI  48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: September 9, 2020

[1]Response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e)