UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    TAMMY LYNETTE NADEAU
    FKA TAMMY CHAMBERLAIN    HONORABLE JAMES W. BOYD
                                                   CASE NO. 19-00584-JWB
                                                   CHAPTER 13

        DEBTOR.
_____/

PAUL I. BARE (P26843)
Attorney for Debtor
3281 Racquet Club Dr., Suite C
Traverse City, MI 49684
(231) 946-4901
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

## CERTIFICATE OF SERVICE

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 9th day of September, 2020, a copy of the Motion for Relief from the Automatic Stay, Brief in Support, Notice and Opportunity for Hearing and this Proof of Service was served upon:

| | |
|---|---|
| Paul I. Bare | Brett N. Rodgers |
| Attorney at Law | Trustee |
| 3281 Racquet Club Dr., Suite C | 99 Monroe Ave NW, Suite 601 |
| Traverse City, MI 49684 | Grand Rapids, MI 49503 |

electronically pursuant to the court notice of service, and upon:

| | |
|---|---|
| Tammy Lynette Nadeau fka | |
| Tammy Chamberlain | Office of the U.S. Trustee |
| 800 East South Airport Rd. | The Ledyard Bldg, 2nd Floor |
| Traverse City, MI 49686 | 125 Ottawa NW, Suite 202R |
| | Grand Rapids, MI  49503 |

by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                              O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI  48313-1151
(586) 726-1000
ecf@orlaw.com