UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

TAMMY LYNETTE NADEAU
FKA TAMMY CHAMBERLAIN          HONORABLE JAMES W. BOYD
                                CASE NO. 19-00584-JWB
                                CHAPTER 13

DEBTOR.
_____/

**ORDER FOR RELIEF FROM AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3) AS TO HYUNDAI LEASE TITLING TRUST**

Hyundai Lease Titling Trust ("Creditor") having filed its Motion for Relief from the Automatic Stay and for Waiver of the Provisions of FRBP 4001(a)(3); no parties having filed an objection to said Motion pursuant to the Notice of Motion; and the Affidavit of No Objection having been filed in this matter:

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. § 362 is terminated as to the interest of Hyundai Lease Titling Trust in the 2017 Kia Sorento, Vehicle Identification No. 5XYPGDA31HG280754.

2) The Creditor is free to pursue its applicable non-bankruptcy remedies with respect to its interest in the subject vehicle.

3) Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and the Creditor may immediately enforce and implement this Order.

**END OF ORDER**

Prepared by:
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151